IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00115-MOC-WCM

| | |
|---|---|
| SARA NICOLE MCCALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VETERANS HEALTH ) <br> ADMINISTRATION VETERANS ) <br> CRISIS LINE, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

On May 30, 2023, Plaintiff's Renewed Motion for Leave to Proceed *in forma pauperis* was granted in part, and Plaintiff was directed to pay a $100.00 filing fee on or before June 16, 2023.

Plaintiff submitted the $100.00 filing fee on June 7, 2023.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff shall prepare a summons for Defendant, to the extent she has not already done so, and submit the summons to the Clerk, by June 23, 2023.

2. Upon receipt of the summons, the Clerk is respectfully directed to deliver process to the United States Marshals Service for service.

3. The United States Marshals Service shall serve process on

1

Defendant at the expense of the United States Government.

4. Notwithstanding the service of process by the United States Marshals Service as directed herein, Plaintiff remains responsible for making sure that service is effected properly pursuant to the Rules of Civil Procedure.

Signed: June 12, 2023

W. Carleton Metcalf
United States Magistrate Judge